PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| DOCKET NUMBER (Tran. Court) |
|---|
| 1:01-CR-314-01 |

| DOCKET NUMBER (Rec. Court) |
|---|
| 04-6017-TP |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Sandra Thompson<br>6496 Confederate Drive<br>Marion, Mississippi 39342 | Northern District of Georgia | Airport |

FILED by ___ D.C.
INTAKE
MAY 14 2004

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Richard W. Story |

| DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 09/19/2002 | TO 09/18/05 |
|---|---|---|

**OFFENSE**

Managing a Drug Establishment 21 U.S.C. § 856(a)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Southern District of Florida upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12-4-03
Date

Honorable Richard W. Story
United States District Judge

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

December 31, 2003
Effective Date

Honorable William [signature]
United States District Judge